1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

JUDY AGUILAR,

10                                     NO. CIV. S-07-1601 LKK/KJM

11          Plaintiff,

12      v.
                                         O R D E R
13  WILFRIDO CORRAL, an individual;
    BOARD OF TRUSTEES OF CALIFORNIA
14  STATE UNIVERSITY; DOES 1 TO 25,
    inclusive; DOE CORPORATION 1 TO
15  DOE CORPORATION 1-10, inclusive,

16          Defendants.

17  _____/

18      The court is in receipt of defendant's motion to dismiss,

19  which is set for hearing on September 28, 2007.  The opposition

20  shall be filed by September 10, 2007 at 5:00 p.m., and the reply,

21  if any, shall be filed by September 17, 2007 at 5:00 p.m.

22      IT IS SO ORDERED.

23      DATED:  August 13, 2007.

24

25                                   _____
                                     LAWRENCE K. KARLTON
26                                   SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT

                              1