UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUDY AGUILAR,

        Plaintiff,

   v.

WILFRIDO CORRAL, an individual;
BOARD OF TRUSTEES OF CALIFORNIA
STATE UNIVERSITY; DOES 1 TO 25,
inclusive; DOE CORPORATION 1 TO
DOE CORPORATION 1-10, inclusive,

        Defendants.

NO. CIV. S-07-1601 LKK/KJM

O R D E R

/

    The court is in receipt of defendant's motion to dismiss, which is set for hearing on September 28, 2007. The opposition shall be filed by September 10, 2007 at 5:00 p.m., and the reply, if any, shall be filed by September 17, 2007 at 5:00 p.m.

    IT IS SO ORDERED.

    DATED: August 13, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1