**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Michael W. Pott, SBN 186156
Laura J. Marabito, SBN 232381
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY AGUILAR,<br><br>      Plaintiff,<br><br>vs.<br><br>WILFRIDO CORRAL, an individual; BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY; DOES 1 TO 25, inclusive; DOE CORPORATION 1 TO DOE CORPORATION 1-10, inclusive,<br><br>      Defendants.<br>_____/ | CASE NO. 2:07-cv-1601<br><br>**STIPULATION BETWEEN ALL PARTIES FOR DEFENDANT BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY TO FILE AN AMENDED ANSWER**<br><br>Complaint Filed: 03/20/07<br>Amended Complaint Filed: 06/29/07 |

**IT IS HEREBY AGREED BETWEEN ALL PARTIES** in the matter of AGUILAR v. WILFRIDO CORRAL, an individual; BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY that Defendant BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY be permitted to file an Amended Answer to Plaintiff's Second Amended Complaint, up to and including November 26, 2007.

Good cause exists to allow Defendant BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY to file an Amended Answer because clerical errors were made in the original Answer

00544080.WPD

**STIPULATION BETWEEN ALL PARTIES FOR DEFENDANT BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY TO FILE AN AMENDED ANSWER**

which the parties desire to rectify in this matter.

**IT IS SO STIPULATED.**

Dated: November 20, 2007

        /s/_____
Peter Samuel,
Attorney for Plaintiff

Dated: November 20, 2007      PORTER SCOTT
A PROFESSIONAL CORPORATION

        /s/_____
Laura J. Marabito,
Attorney for Defendant BOARD OF SUPERVISORS
OF CALIFORNIA STATE UNIVERSITY

Dated: November 20, 2007

        /s/_____
Larry Lulofs,
Attorney for Defendant WILFRIDO CORRAL

Pursuant to stipulation and good cause appearing therefor, Defendant BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY shall have until November 26, 2007, in which to file an Amended Answer to Plaintiff's Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: November 26, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2