UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY AGUILAR, | Case No. 02:07-CV-01601-LKK |
| Plaintiff, | **ORDER TO DISMISS COMPLAINT** |
| v. | |
| WILFRIDO CORRAL, an individual; and BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY; DOES 1 TO 25, inclusive; DOE CORPORATION 1 TO DOE CORPORATION 1-10, inclusive, | Complaint Filed: 03/20/07<br>Amended Complaint Filed: 06/29/07 |
| Defendants. | |

ORDER

The parties having stipulated and good cause appearing it is hereby ordered that the complaint and this entire action shall be dismissed and that each side shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Date: July 3, 2008.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com